**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 2, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00534-CV

---

### ABRAHAM CASAREZ AND ADELA CASAREZ, Appellants

### V.

### UNITED PARCEL SERVICE, INC., Appellee

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-38019**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed June 24, 2021. On July 25, 2022, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

The appeal is reinstated and dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.